# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3854

_____

United States of America,        *
                           *

        Appellee,          *

                            *   Appeal from the United States

      v.                 *   District Court for the

                            *   Eastern District of Missouri.

Carl Thomas Whipple,       *

                            *       [UNPUBLISHED]

        Appellant.        *

_____

Submitted: September 19, 2006
Filed: September 25, 2006

_____

Before ARNOLD, BOWMAN, and RILEY, Circuit Judges.

_____

PER CURIAM.

Carl Thomas Whipple appeals the 240-month sentence the district court[1] imposed following this court's remand for resentencing under United States v. Booker, 543 U.S. 220 (2005). Counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing the district court should have further reduced Mr. Whipple's sentence because of his age and deteriorating physical condition. We find the 18% downward variance from the bottom of the advisory Guidelines range of 292-365 months was not unreasonable. See United States v.

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

Bryant, 446 F.3d 1317, 1319 (8th Cir. 2006) (when there is no dispute about applicable Guidelines range, appeals court considers whether sentence imposed is reasonable in light of 18 U.S.C. § 3553(a) factors). After our review of the record pursuant to Penson v. Ohio, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm the sentence.

_____